L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON ▼

VOTE NO ON AMENDMENT ONE, INC.,
a West Virginia Corporation;
KATHERINE LEWIS; and
STACY NORTH

**v.**

MAC WARNER,
SECRETARY OF STATE OF THE
STATE OF WEST VIRGINIA
in his official capacity as
Secretary of State

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION ▼ NUMBER  **2:18-cv-01406**

---

| Loree Stark; American Civil Liberties Union of West Virginia | 94882 |
|---|---|
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |

VOTE NO ON AMENDMENT ONE, INC.,
KATHERINE LEWIS; STACY NORTH

*Name of party represented*

KY Bar Association
514 W. Main Street
Frankfort KY 40601-1812

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

P.O. Box 3952
Charleston, WV 25311

*Visiting Attorney's office address*

| 304-345-9246, ext. 102 | (304) 345-0207 | lstark@acluwv.org |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

Anthony Majestro, Majestro & Powell, PLLC

WV  5165

*Name of Sponsoring Attorney and firm name*  —  *WV Bar ID number*

Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301

*Sponsoring Attorney's office address*

| 304-346-2889 | 304-346-2895 | amajestro@powellmajestro.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 11/5/2018 | /s/ Loree Stark |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 11/5/2018 | /s/ Anthony Majestro |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.